KENT M. ROGER, State Bar No. 95987
WILLIAM J. TAYLOR, State Bar No. 72902
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendants
Hitachi America, Ltd. and Hitachi Electronic Devices (USA), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Eliav, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG-Philips LCD Co. Ltd., et al.,<br><br>Defendants. | Case No. 06-CV-07931 MMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>Honorable Maxine M. Chesney |

### STIPULATION FOR EXTENSION OF TIME

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 28, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than forty-one complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7484760.1

STIPULATION AND ORDER
FOR EXTENSION OF TIME
06-CV-07931 MMC

1   pretrial proceedings pursuant to 28 U.S.C. § 1407;

2       WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in
3   the LCD Cases;

4       WHEREAS plaintiff and Hitachi America, Ltd. ("HAL") and Hitachi Electronic Devices
5   (USA), Inc. ("HED-US") have agreed that an orderly schedule for any response to the pleadings
6   in the LCD Cases would be more efficient for the parties and for the Court;

7       WHEREAS plaintiff agrees that the deadline for HAL and HED-US to respond to the
8   Complaint shall be extended until the earlier of the following two dates:  (1) forty-five days after
9   the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after
10  plaintiff provides written notice to HAL and HED-US that plaintiff does not intend to file a
11  Consolidated Amended Complaint, provided that such notice may be given only after the initial
12  case management conference in the MDL transferee court in this case;

13      WHEREAS plaintiff further agrees that this extension is available, without further
14  stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of
15  their intention to join this extension;

16      WHEREAS this Stipulation does not constitute a waiver by HAL and HED-US or any
17  defendant of any defense, including but not limited to the defenses of lack of personal or subject
18  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
19  venue.

20      PLAINTIFF AND DEFENDANTS HAL AND HED-US, BY AND THROUGH THEIR
21  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

22      1.  The deadline for the HAL and HED-US to respond to the Complaint shall be
23  extended until the earlier of the following two dates (1) forty-five days after the filing of a
24  Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff
25  provides written notice that he does not intend to file a Consolidated Amended Complaint,
26  provided that such notice may be given only after the initial case management conference in the
27  MDL transferee court in this case.

28      2.  This extension is available, without further stipulation with counsel for plaintiff or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7484760.1                                2                      STIPULATION AND ORDER
                                                                     FOR EXTENSION OF TIME
                                                                     06-CV-07931 MMC

1  further order of the Court, to all named defendants who notify plaintiff in writing of their
2  intention to join this extension.
3      IT IS SO STIPULATED.

4  Dated: 1.24.07      Dated: 1-25-07
5  Signature: *Susan Kupfer*      Signature: *Kent M. Roger*

6  Susan G. Kupfer      Kent M. Roger
7  Sylvie K. Kern      William J. Taylor
  Glancy Binkow & Goldberg LLP      Morgan, Lewis & Bockius LLP
8  455 Market Street, Suite 1810      One Market, Spear Street Tower
  San Francisco, CA 94105      San Francisco, CA  94105-1126
9
10  Counsel for Plaintiff Michael Eliav      Counsel for Defendants
    Hitachi America, Ltd. and Hitachi Electronic
11      Devices (USA), Inc.

12  **SO ORDERED:** *Maxine M. Chesney*
13  Dated: January 25, 2007    Maxine M. Chesney
    UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7484760.1      3      STIPULATION AND ORDER
    FOR EXTENSION OF TIME
    06-CV-07931 MMC